NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARCO ANDALUZ,                          )
                                        )
             Appellant,                 )
                                        )
v.                                      )        Case No. 2D17-3954
                                        )
STATE OF FLORIDA,                       )
                                        )
             Appellee.                  )
_____ )

Opinion filed April 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Frederick Hardt and
Christine Greider, Judges.


PER CURIAM.


             Affirmed.


CASANUEVA, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.